NOTE: This order is nonprecedential.

# United States Court of Appeals
# for the Federal Circuit

---

**CBT FLINT PARTNERS, LLC,**
*Plaintiff-Appellant,*

v.

**RETURN PATH, INC.,**
*Defendant-Appellee,*

AND

**CISCO IRONPORT SYSTEMS, LLC,**
*Defendant-Appellee.*

---

2012-1460

---

Appeal from the United States District Court for the Northern District of Georgia in case no. 07-CV-1822, Judge Thomas W. Thrash, Jr.

---

**ON MOTION**

---

**O R D E R**

CBT FLINT PARTNERS, LLC v. RETURN PATH, INC.                    2

CBT Flint Partners, LLC moves to clarify the briefing schedule and modify the time for filing of its reply brief.

The court notes that on October 11, 2012, cross-appeal 2012-1594 was dismissed.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted to the extent that CBT's reply brief is due on October 29, 2012.

FOR THE COURT


/s/ Jan Horbaly
Jan Horbaly
Clerk

s26